Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE SHANAHAN<br><br>Plaintiff,<br><br>v.<br><br>FINANCE CAPITAL GROUP, an unknown business entity, ROYAL ADMINISTRATION SERVICES, INC.,<br><br>Defendants. | Case No.: 8:19-cv-01106-AG-DFM<br><br>**STIPULATION OF DISMISSAL** |

Now Comes Plaintiff CATHERINE SHANAHAN, in her individual capacity, Defendant FINANCE CAPITAL GROUP, and Defendant ROYAL ADMINISTRATION SERVICES, INC, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims and class claims against Defendants, without prejudice, with each side bearing its own costs and

attorney's fees.  Should no party object, the dismissal shall convert to a dismissal with prejudice with respect to Plaintiff's individual claims only on May 21, 2020.

| | |
|---|---|
| Dated: January 31, 2020 | Respectfully submitted, |
| | By: /s/ Mark L. Javitch |
| | Mark L. Javitch (CA SBN 323729) |
| | Javitch Law Office |
| | 480 S. Ellsworth Ave. |
| | San Mateo, CA 94401 |
| | Telephone: 650-781-8000 |
| | Facsimile: 650-648-0705 |
| | mark@javitchlawoffice.com |
| | *Attorney for Plaintiff* |
| Dated: January 29, 2020 | Respectfully submitted, |
| | By: /s/ Stephen A. Watkins |
| | Stephen A. Watkins (CA SBN 205175) |
| | Carlson & Messer LLP |
| | 5901 W. Century Blvd., #1200 |
| | Los Angeles, CA 90045 |
| | Telephone: (310) 242-2200 |
| | watkinss@cmtlaw.com |
| | *Attorney for Defendant FINANCE CAPITAL GROUP* |
| Dated: January 29, 2020 | Respectfully submitted, |
| | By: /s/ Leila Nourani |
| | Leila Nourani (CA SBN 163336) |
| | Jackson Lewis P.C. |
| | 725 South Figueroa Street, Suite 2500 |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 689-0404 |

1 | leila.nourani@jacksonlewis.com
2 | *Attorneys for Defendant ROYAL ADMINISTRATION SERVICES, INC.*

## Local Rule 5 L.R. 5-4.3.4(a)(2) Attestation

Although this stipulation representing more than one electronic signature is being filed under the ECF/CM login belonging solely to Mark L. Javitch, attorney for Plaintiff, Local Rule L.R. 5-4.3.4(a)(2)) permits the filer to attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

Therefore, in accordance with L.R. 5-4.3.4(a)(2), I hereby attest that I have received permission from each signatory shown in this document to use their e-signature for the purposes of filing this document.

DATED: January 31, 2020

By: /s/ Mark L. Javitch